IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD BARLOW,

    Petitioner,                     No. CIV S-10-0165 JAM GGH P

    vs.

J.W. HAVILAND, et al.,

    Respondents.              ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is his application to proceed in forma pauperis.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

        In accordance with the above, IT IS HEREBY ORDERED that petitioner's application to proceed in forma pauperis is granted.

DATED: April 5, 2010

                                          /s/ Gregory G. Hollows
                                          UNITED STATES MAGISTRATE JUDGE

bar165.ifp